# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159904 & (29)

KRISTOPHER WILLIAM ROBERT WILSON,
   Plaintiff-Appellee/
   Cross-Appellant,

v

BRK, INC., and R & C LAND, INC., d/b/a
DIAMONDBACK SALOON,
   Defendants-Appellants/
   Cross-Appellees.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159904
COA: 342449
Wayne CC: 16-008051-NO

On order of the Court, the application for leave to appeal the May 30, 2019 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020

Clerk

b0323